BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Suite 650
Oakland, CA 94607-3627

Counsel for Defendant GRANTHAM

FILED
MAR 2 4 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL GRANTHAM<br><br>        Defendants. | No. CR 05-00742-DLJ<br><br>[~~PROPOSED~~] ORDER CONTINUING DATES |

## ORDER

Upon stipulation of the parties to the above-entitled matter and good cause appearing,

FINDINGS OF THE COURT:

1. The ends of justice served by the continuance requested herein outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS HEREBY ORDERED that the period of time between March 24, 2006 and April 21, 2006 be excluded under the speedy trial act.

IT IS FURTHER ORDERED that the STATUS HEARING date of March 24, 2006,

1 | presently scheduled at 9:00 a.m., before the Honorable D. Lowell Jensen, be vacated and re-set
2 | for April 21, 2006 at 9:00 a.m.
3 | DATED: 3-24-06

_____
HON. D. LOWELL JENSEN
SENIOR UNITED STATES DISTRICT JUDGE