FILED

MAY 17 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1 BARRY J. PORTMAN
Federal Public Defender
2 JOHN PAUL REICHMUTH
Assistant Federal Public Defender
3 555 12th St. – Suite 650
Oakland, CA 94607-3627
4 Tel. 510-637-3500

5 Counsel for Defendant GRANTHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 05-00742-DLJ |
| v. | ) | [PROPOSED] ORDER CONTINUING DATES |
| MICHAEL GRANTHAM | ) | |
| Defendants. | ) | |

## ORDER

Upon stipulation of the parties to the above-entitled matter and good cause appearing,

FINDINGS OF THE COURT:

1. The ends of justice served by the continuance requested herein outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS HEREBY ORDERED that the period of time between May 19, 2006 and June 16, 2006 be excluded under the speedy trial act.

1  IT IS FURTHER ORDERED that the STATUS HEARING date of May 19, 2006, presently
2  scheduled at 9:00 a.m., before the Honorable D. Lowell Jensen, be vacated and re-set for June
3  16, 2006 at 9:00 a.m. for TRIAL AND MOTIONS SETTING OR CHANGE OF PLEA.
4  DATED: 5-17-06

                                    _____
                                    HON. D. LOWELL JENSEN
                                    SENIOR UNITED STATES DISTRICT JUDGE