~~PROPOSED~~ ORDER/COVER SHEET

TO:   Honorable Wayne D. Brazil          RE:   GRANTHAM, MICHAEL
      U.S. Magistrate Judge

**FILED**
AUG 1 1 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FROM: Claudette M. Silvera, Chief        DOCKET NO.:  05-CR-00742-DLJ-1
      U.S. Pretrial Services Officer

Date: August 10, 2006

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria Gibson                                    510-637-3752
U.S. Pretrial Officer, Treatment Specialist        TELEPHONE NUMBER

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[X] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on THURSDAY, 8/17/06 at 10:00 a.m.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
    Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)
    A.
    B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:

_____                    _8-11-06_
JUDICIAL OFFICER (Wayne D. Brazil)           DATE

Cover Sheet (12/03/02)

*cc: (copy of face sheet only) WDB's Stats*
*Copy to parties via ECF, Pretrial, Frances Financial*