**FILED**

AUG 1 7 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff(s),<br><br>      v.<br><br>MICHAEL GRANTHAM,<br><br>            Defendant(s)._____/ | No. CR-05-00742-DLJ<br><br>**ORDER RE: BAIL REVOKED AND DEFENDANT REMANDED TO CUSTODY** |

The Court conducted a bail review hearing in this case on August 17, 2006, and found that the defendant has violated the terms and conditions of his pretrial release. The Court hereby enters the following orders:

1. The defendant's bail is REVOKED;

2. The appearance bond issued and filed on February 27, 2006 is EXONERATED;

3. The defendant is REMANDED **forthwith** to the custody of the U.S. Marshal pending further proceedings, trial, or resolution of this case before District Judge D. Lowell Jensen or until further order of this Court. The defendant shall receive credit for time served.

IT IS SO ORDERED.

Dated: 8-17-06

_____
WAYNE D. BRAZIL
United States Magistrate Judge

cc:  Copy to parties via ECF, WDB's files, Frances Stone (DLJ's Clerk), 2 certified copies to
      Marshal, Financial, Pretrial